

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Sandra Smith Brown, independent
executrix of the Estate of R.J. Smith, Jr.,
deceased,

Vs. No. 11-21-00019-CV

William Charles Underwood,
Jan Ann Underwood Pinborough, and
Rosanne Underwood Gerrard,

\* From the 385th District Court
  of Midland County,
   Trial Court No. CV56870.

\* March 11, 2021

\* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Wright, S.C.J.,
  sitting by assignment)
  (Williams, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Sandra Smith Brown, independent executrix of the Estate of R.J. Smith, Jr., deceased.